UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND LEE GOINS,
        Plaintiff,

vs.

P. BOBBLA, et al.,
        Defendants.

No. 2:18-cv-0034 CKD P

**AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Raymond Lee Goins, inmate P-54383, a necessary and material witness in proceedings in this case on March 4, 2019, is confined in California State Prison, Los Angeles County, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Magistrate Judge Deborah Barnes, to appear **by video-conferencing** at California State Prison, Los Angeles County, March 4, 2019, at 12:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to testify by video-conferencing** before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, California State Prison, Los Angeles County, P.O. Box 8457, Lancaster, CA 93539-8457:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: January 28, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
goin0034.841.vc