UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LEE GOINS,<br><br>    Plaintiff,<br><br>    v.<br><br>P. BOBBLA, et al.,<br><br>    Defendants. | No. 2:18-cv-0034 TLN CKD P<br><br><br>ORDER |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On October 11, 2018, the court found that plaintiff's amended complaint states claims upon which relief could be granted against 11 defendants. Process directed to defendant Ashok Veeranki was returned unserved as the California Department of Corrections and Rehabilitation was unable to provide the U.S. Marshal with an address where he could be served. Therefore, plaintiff must provide an address where defendant Veeranki can be served. If plaintiff cannot obtain an address, defendant Veeranki will be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one blank summons, one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed May 25, 2018;

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form;

    b. Two copies of the endorsed amended complaint filed May 25, 2018; and

    c. One completed summons.

3. Failure to comply with this order will result in defendant Veeranki being dismissed from this action.

Dated: February 1, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
goin0034.8e(2)

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| RAYMOND LEE GOINS,<br><br>    Plaintiff,<br><br>  v.<br><br>P. BOBBLA, et al.,<br><br>    Defendants. | No. 2:18-cv-0034 TLN CKD P<br><br>NOTICE OF SUBMISSION<br><br>OF DOCUMENTS |

Plaintiff hereby submits the following documents in compliance with the court's order

filed _____ :

\_\_\_\_        completed summons form

\_\_\_\_        completed USM-285 forms

\_\_\_\_        copies of the _____ Amended Complaint

DATED:

_____
Plaintiff