UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND LEE GOINS,
        Plaintiff,

vs.

P. BOBBLA, et al.,
        Defendants.

No. 2:18-cv-0034 CKD P

**SECOND AMENDED SUPERSEDING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Raymond Lee Goins, inmate P-54383, a necessary and material witness in proceedings in this case on March 4, 2019, is confined in California State Prison, Los Angeles County, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Magistrate Judge Deborah Barnes, to appear **by video-conferencing** at California State Prison, Los Angeles County, March 4, 2019, at 12:00 p.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify **by video-conferencing** before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. This second amended superseding Order & Writ of Habeas Corpus Ad Testificandum supersedes and deems null and void both prior Order & Writ of Habeas Corpus Ad Testificandums filed on January 28, 2019 and January 14, 2019.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden, California State Prison, Los Angeles County, P.O. Box 8457, Lancaster, CA 93539-8457:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: February 13, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE