UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LEE GOINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. DIMACULANGAN, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-0034-TLN-CKD<br><br>**ORDER** |

Raymond Lee Goins ("Plaintiff"), a state prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 and is before the Court on Defendant Ashok N. Veeranki's ("Defendant") Motion to Dismiss (ECF No. 64). Plaintiff filed an opposition (ECF No. 73) and Defendant replied (ECF No. 75).

On January 9, 2020, the magistrate judge assigned to this case filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 80.) Neither party filed objections to the findings and recommendations.

///

///

///

1

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 9, 2020 (ECF No. 80), are adopted in full;

2. Defendant's Motion to Dismiss (ECF No. 64) is DENIED; and

3. Defendant shall file his Answer within fourteen days.

IT IS SO ORDERED.

Dated: March 6, 2020

Troy L. Nunley
United States District Judge