UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LEE GOINS,<br><br>    Plaintiff,<br><br>    v.<br><br>A. DIMACULANGAN, et al.,<br><br>    Defendants. | No. 2:18-cv-0034 TLN CKD P<br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to complete discovery. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 89) is granted; and

2. All of the deadlines established in the court's April 27, 2020 scheduling order are extended 120 days.

Dated: July 23, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
goin0034.36