UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LEE GOINS,<br><br>    Plaintiff,<br><br>    v.<br><br>A. DIMACULANGAN, et al.,<br><br>    Defendants. | No. 2:18-cv-0034 TLN CKD P<br><br><br>ORDER |

Defendant Dr. Veeranki has filed a motion asking that the deadline for discovery be extended by 60 days. The current deadline is January 15, 2021. Good cause appearing, IT IS HEREBY ORDERED that

1. Defendant Dr. Veeranki's request for an extension of time (ECF No. 93) is granted; and

2. The discovery deadline in this case is extended to March 16, 2021.

Dated: December 28, 2020

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
goin0034.eot(3)