UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LEE GOINS, | No.  2:18-cv-0034 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| A. DIMACULANGAN, et al., | |
| Defendants. | |

On December 28, 2020, defendant Veeranki filed a motion asking that the court compel plaintiff to respond to certain discovery requests.  Plaintiff has not responded to the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file a response to defendant Veeranki's pending motion to compel.  Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  February 2, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
goin0034.46