UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND LEE GOINS,

        Plaintiff,

    v.

A. DIMACULANGAN, et al.,

        Defendants.

No.  2:18-cv-0034 TLN CKD P

ORDER

On December 28, 2020, defendant Veeranki filed a motion asking that plaintiff be compelled to respond to requests for discovery.   Because the record reveals that plaintiff served his responses on March 3, 2021 (ECF No. 104), IT IS HEREBY ORDERED that defendant Veeranki's motion to compel (ECF No. 95) is denied as moot.

Dated:  March 18, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
goin0034.mtc