UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LEE GOINS, | No. 2:18-cv-0034 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| A. DIMACULANGAN, et al., | |
| Defendants. | |

There are two motions for summary judgment pending. Plaintiff has not opposed either motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition, or a statement of non-opposition, to the pending motions for summary judgment. Failure to comply with this order will result in recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: May 11, 2021

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
goin0034.46osc