UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LEE GOINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. DIMACULANGAN, et al.,<br><br>　　　　　Defendants. | No.  2:18-cv-0034 TLN CKD P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On July 23, 2021, the court recommended that this action be dismissed for plaintiff's failure to respond to two pending motions for summary judgment.  In a document received by the court on August 23, 2021, plaintiff indicates he sent the oppositions to the court.  The court has no record of ever receiving them.

　　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. The court's July 23, 2021 findings and recommendations are vacated;

　　　　2. Plaintiff's oppositions or statements of non-opposition to the two pending motions for summary judgment are due within 21 days.  No further extensions will be granted.

/////

/////

/////

1

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: August 26, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
goin0034.vfrs