UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LEE GOINS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>A. DIMACULANGAN, et al.,<br><br>　　　　　　　Defendants. | No. 2:18-cv-0034 TLN CKD P<br><br><br>FINDINGS AND RECOMMENDATIONS |

     Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.   There are two motions for summary judgment before the court.  On August 26, 2021, plaintiff was granted until September 17, 2021 to file his responses to the motions and was warned that failure to do so would result in a recommendation that his action be dismissed without prejudice.  Plaintiff has not filed his responses.

     For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

1

objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 6, 2021

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
goin0034.46fr(2)